EASTERN EXPRESS, INC., ET AL. *v.*
UNITED STATES ET AL.

No. 623. Decided February 26, 1962.

*Bryce Rea, Jr., Roland Rice* and *Homer S. Carpenter* for appellants.

*Solicitor General Cox, Assistant Attorney General Loevinger, Richard A. Solomon, Robert W. Ginnane* and *B. Franklin Taylor, Jr.* for the United States et al., and *Kenneth F. Burgess, D. Robert Thomas, William E. Jenner, Jack C. Brown, Harry C. Ames, James L. Givan* and *S. S. Eisen* for the Freight Forwarders Institute et al., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.